# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TUWANA REAVES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-651 |
| SPECTRUM fka TIME WARNER CABLE, INC., | § § § | |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 18, 2018, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that the parties' Joint Motion and Stipulation to Arbitration and to Dismiss Litigation without Prejudice (the "Joint Motion to Dismiss") (Dkt. #16) be granted *See* Dkt. #17.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss (Dkt. #16) is **GRANTED**, and this entire action, and all of the claims asserted therein, are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear her or its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 16th day of July, 2018.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE